**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 30, 2015

Hon. Abel Acosta
Court of Criminal Appeals
201 W. 14th Street, Room 106
Austin TX 78701

Re:        Cause No. 13-12-00671-CR
Tr.Ct.No. 1264079D
Style:      ROGER ALAN SCOTT v. THE STATE OF TEXAS

1. Clerk's Record (1 volume)
2. Reporter's Record (3 volumes 2 volumes plus 1 exhibit)
3. Appellant's Brief
4. State's Brief
5. Appellant's Reply Brief
6. Motion.
7. Copy of memorandum opinion and judgment of the Court of Appeals.

The record in the above cause was this day electronically submitted to the Court of Criminal Appeals.

Very truly yours,

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk

DER:ch
cc:   Hon. James Gibson (DELIVERED VIA E-MAIL)
      Hon. Charles M. Mallin (DELIVERED VIA E-MAIL)
      Hon. David L. Evans (DELIVERED VIA E-MAIL)
      Hon. Don Davidson (DELIVERED VIA E-MAIL)